# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:20-CR-0287-02 |
| | : | |
| v. | : | |
| | : | |
| JOHNNY QUINONES | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 29th day of July, 2025, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS THAT** Defendant's motion to dismiss Counts 1, 3, and 4 of the indictment, Doc. 183, is **DENIED**. A separate order shall issue scheduling sentencing in this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
